**No. 41907.**—Protests 811768–G, etc., of F. W. Myers & Co., Inc., et al. (Ogdensburg, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 9, 1939

**No. 41908.**—Protests 948760–G/87825, etc., of Paris Bead & Novelty House (Chicago).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (24 C. C. P. A. 114, T. D. 48415) the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 41909.**—Protest 953813–G of Carl Zeiss, Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that articles invoiced as refractometer thermometers are similar to those the subject of *Zeiss* v. *United States* (T. D. 49387). The claim at 60 percent under paragraph 228 was therefore sustained.

**No. 41910.**—Protest 985145–G of Butler Bros. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of harmonicas the same as those the subject of Abstract 40586. The claim as musical instruments at 40 percent under paragraph 1541 was sustained.

**No. 41911.**—Protests 948800–G/87842, etc., of Butler Bros. (Chicago).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of harmonicas the same as those the subject of Abstract 40586. The claim as musical instruments at 40 percent under paragraph 1541 was sustained.

**No. 41912.**—Protests 942365–G, etc., of Lord & Taylor et al. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of harmonicas the same as those the subject of Abstract 40586. The claim as musical instruments at 40 percent under paragraph 1541 was sustained.